**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC.           )<br>                                                            )<br>            Plaintiff,            )<br>                                                            )<br>    v.                                                  )           Civil Action No.  06-496<br>                                                            )<br>INTERNATIONAL SHIELD, INC., and ABDEL  )<br>ATTIA                                              )<br>                                                            )<br>            Defendants.        )  | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Arthur G. Connolly, III of Connolly Bove Lodge & Hutz LLP enters his appearance in the above-captioned civil action on behalf of Plaintiff TriStrata Technology, Inc.

                                        CONNOLLY BOVE LODGE & HUTZ LLP


                                        __/s/Arthur G. Connolly, III_____
                                        Arthur G. Connolly, III (#2667)
                                        Stephanie O'Byrne (#4446)
                                        1007 N. Orange Street
                                        P.O. Box 2207
                                        Wilmington, DE 19899
                                        (302) 658-9141
                                        Email: aconnollyIII@cblh.com
                                        Email: sobyrne@cblh.com

Of Counsel:
Michael O. Warnecke
David R. Melton
Robert Unikel
Douglas L. Sawyer
Aric S. Jacover
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600

Kevin M. McGovern
Brian T. Foley
McGovern & Associates
545 Madison Avenue, 15th Floor
New York, NY 10022
(212) 688-9840


DATED: August 25, 2006