IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-496 (JJF) |
| | ) | |
| INTERNATIONAL SHIELD, INC., and ABDEL ATTIA | ) ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)**

ARTHUR G. CONNOLLY, III, after first being duly sworn, on this 18th day of September, 2006, does depose and say:

1. I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiff in the above captioned action.

2. On August 25, 2006, I caused a copy of the Complaint, the Summons for Defendant International Shield, Inc., and a letter addressed to International Shield, Inc., and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to defendant International Shield, Inc., pursuant to 10 Del. C. § 3104. The Registered Mail receipt for said package is attached hereto as Exhibit "A".

3. On September 5, 2006, the package referenced in paragraph 2, was received by International Shield, Inc. The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B".

_/s/ Arthur G. Connolly, III_
Arthur G. Connolly, III (#2667)

Sworn to and subscribed before me this 18th day of September, 2006.

_/s/ Shirley Anne Jones_
NOTARY PUBLIC

[Notary Seal: SHIRLEY ANNE JONES, NOTARY PUBLIC, STATE OF DELAWARE, MY COMMISSION EXPIRES NOVEMBER 8, 2009]

488293_1

# EXHIBIT A

| Registered No. RB 972 231 975 US | | Date Stamp |
|---|---|---|
| Reg. Fee $7.90 | Special Delivery $ | |
| Handling Charge $ | Return Receipt $1.85 | |
| Postage $1.11 | Restricted Delivery $ | |
| Received by | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance | |
| FROM: AGC CONNOLLY BOVE LODGE & HUTZ 1007 NORTH ORANGE STREET WILM DE 19899 | | |
| TO: INTERNATIONAL SHIELD INC 3500 WILLOW LAKE BLVD SUITE 500 ST PAUL MINNESOTA 55110 | | |

PS Form 3806, February 1995   Receipt for Registered Mail   (Customer Copy) (See Information on Reverse)

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ju. Thibod_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Julie Thibodeau   C. Date of Delivery: 9-5-06<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No |
| 1. Article Addressed to:<br>INTERNATIONAL SHEIUO INC<br>3500 WILLOW LAKE BLVD<br>SUITE 500<br>St PAUL MINNESOTA<br>55110 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☑ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  RB 972 231 975 US | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540