**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  06-496 (JJF) |
| | ) | |
| ABDEL ATTIA, and ABDEL ATTIA | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)

ARTHUR G. CONNOLLY, III, after first being duly sworn, on this 18th day of September, 2006, does depose and say:

1.     I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiff in the above captioned action.

2.     On August 25, 2006, I caused a copy of the Complaint, the Summons for Defendant Abdel Attia, and a letter addressed to Abdel Attia, and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to defendant Abdel Attia, pursuant to 10 Del. C. § 3104.  The Registered Mail receipt for said package is attached hereto as Exhibit "A".

3.     On September 5, 2006, the package referenced in paragraph 2, was received by Abdel Attia.  The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B".

_____
Arthur G. Connolly, III (#2667)

Sworn to and subscribed before me this 18th day of September, 2006.

NOTARY PUBLIC

488301_1

2

# EXHIBIT A

| Registered No. R6972 231 989 US | | Date Stamp |
|---|---|---|
| **To Be Completed By Post Office** Reg. Fee $ 7.90 | Special Delivery $ | |
| Handling Charge $ | Return Receipt $ 1.85 | |
| Postage $ 1.11 | Restricted Delivery $ | |
| Received by: | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |

Customer Must Declare Full Value $    ☐ With Postal Insurance    ☐ Without Postal Insurance

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM:
ACC
CONNOLLY BOVE LODGE & HUTZ
1007 NORTH ORANGE STREET
WILM DE 19899

TO:
Abdel Attia CEO
3500 WILLOW LAKE BLVD Suite 300
St PAUL MINNESOTA 55110

PS Form **3806**, February 1995    **Receipt for Registered Mail**    *(Customer Copy)* *(See Information on Reverse)*

# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ABDEL ATTIA CEO
3500 WILLOW LAILE BLVD
SUITE 500
St PAUL MINNESOTA
55110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Julie Thiboden                  4-5-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☑ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   RB 972 231 989

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540