**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC.      )<br>                                        )<br>          Plaintiff,         )<br>                                        )<br>   v.                                     )<br>                                        )<br>INTERNATIONAL SHIELD, INC., and ABDEL  )<br>ATTIA                                   )<br>                                        )<br>          Defendants.    )| Civil Action No. 06-496 (JJF) |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.7, Plaintiff hereby notifies the Court that Stephanie O'Byrne of the law firm of Connolly Bove Lodge & Hutz LLP is withdrawing as counsel for Plaintiff TriStrata Technology, Inc. in the above-captioned civil action

                                        CONNOLLY BOVE LODGE & HUTZ LLP

                                        __/s/Arthur G. Connolly, III_____
                                        Arthur G. Connolly, III (#2667)
                                        Stephanie O'Byrne (#4446)
                                        1007 N. Orange Street
                                        P.O. Box 2207
                                        Wilmington, DE 19899
                                        (302) 658-9141
                                        Email: aconnollyIII@cblh.com
                                        Email: sobyrne@cblh.com

Of Counsel:
Michael O. Warnecke
David R. Melton
Robert Unikel
Douglas L. Sawyer
Aric S. Jacover
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600

2

Kevin M. McGovern  
Brian T. Foley  
McGovern & Associates  
545 Madison Avenue, 15th Floor  
New York, NY 10022  
(212) 688-9840

DATED: September 22, 2006