IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-496 (JJF) |
| | ) | |
| INTERNATIONAL SHIELD, INC., and ABDEL ATTIA | ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF TRISTRATA TECHNOLOGY, INC.'S**
<u>**MOTION FOR SUMMARY JUDGMENT**</u>

Plaintiff, TriStrata Technology, Inc. ("TTI") respectfully moves for summary judgment, pursuant to Fed. R. Civ. P. 56, against International Shield, Inc. ("International Shield") and Abdel Attia (collectively "Defendants") for International Shield's breach of the License Agreement, Forbearance Agreement and Extension to the Forbearance Agreement, and Mr. Attia's breach of the Personal Guaranty. The grounds and legal basis for this Motion are set forth in the accompanying Memorandum in Support of TriStrata Technology, Inc.'s Motion for Summary Judgment.

WHEREFORE, TTI respectfully requests this Court:

A.  Find as a matter of law that International Shield has breached the License Agreement, Forbearance Agreement and Extension to the Forbearance Agreement;

B.  Find as a matter of law that Abdel Attia has breached the Personal Guaranty;

C.  Award in favor of TTI all amounts due under the License Agreement, Forbearance Agreement and Extension to the Forbearance Agreement, including interest, costs and such other and further damages or relief as is appropriate;

D.  Award in favor of TTI attorney's fees and costs;

E.  Preliminarily and permanently enjoin Defendants, their officers, agents, servants, employees, successors, assigns, affiliates, subsidiaries and all related entities and others in active concert with Defendants from continuing to breach the License Agreement, Forbearance Agreement, Extension to the Forbearance Agreement and/or the Personal Guaranty;

F.  Preliminarily and permanently enjoin Defendants, their officers, agents, servants, employees, successors, assigns, affiliates, subsidiaries and all related entities and others in active concert with Defendants from manufacture, distribution and/or sale of the licensed products as set forth in the License Agreement;

G.  Award TTI such other and further relief as this Court may deem just and proper.

Dated: October 19, 2006

Respectfully submitted,

*[signature]*

Arthur G. Connolly, III (#2667)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Of Counsel:
Michael O. Warnecke
Douglas L. Sawyer
Aric S. Jacover
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 701-8602

Kevin M. McGovern
Brian T. Foley
McGovern & Associates
545 Madison Avenue, 15th Floor
New York, New York 10022
(212) 688-9840

*Counsel for TriStrata Technology, Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Michael W. Modica, Esq.
715 King Street, Suite 300
P.O. Box 437
Wilmington, DE 19899

                                    /s/Arthur G. Connolly, III
                                    Arthur G. Connolly, III (#2667)

#494733_1