IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-496 (JJF) |
| ) | |
| INTERNATIONAL SHIELD, INC., and ) | |
| ABDEL ATTIA ) | |
| ) | |
| Defendants. ) | |

**COUNSEL'S CERTIFICATION OF NO GENUINE ISSUES OF MATERIAL FACT**

The undersigned counsel for Plaintiff, TriStrata Technology, Inc. ("TTI") hereby certifies that no genuine issues of material fact exist with regard to the facts argued in support of TTI's motion for summary judgment filed herewith.

Dated: October 19, 2006

Respectfully submitted,

_/s/ Arthur D. Connolly III_
Arthur G. Connolly, III. (#2667)
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Of Counsel:
Michael O. Warnecke
Douglas L. Sawyer
Aric S. Jacover
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 701-8602

Kevin M. McGovern
Brian T. Foley
McGovern & Associates
545 Madison Avenue, 15th Floor
New York, New York 10022
(212) 688-9840

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 19, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Michael W. Modica, Esq.
715 King Street, Suite 300
P.O. Box 437
Wilmington, DE 19899

                                        /s/Arthur G. Connolly, III
                                        Arthur G. Connolly, III (#2667)

#494733_1