**THIS DOCUMENT WAS FILED UNDER SEAL**

Case 1:06-cv-00496-JJF    Document 14    Filed 10/19/2006    Page 1 of 1