IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC.                )<br>                                                                    )<br>            Plaintiff,                                       )<br>                                                                    )<br>    v.                                                          )<br>                                                                    )<br>INTERNATIONAL SHIELD, INC. and      )<br>ABDEL ATTIA                                          )<br>                                                                    )<br>            Defendants.                                 ) | Civil Action No. 06-496 (JJF) |

## ORDER

WHEREAS, Plaintiff and Defendants have jointly moved this Court for an order sealing the Complaint (D.I. 1) in this action (the "Joint Motion") and good cause appearing therefore,

IT IS HEREBY ORDERED that the Joint Motion is GRANTED. The Court hereby orders that the Complaint shall be sealed.

*[signature]*
United States District Judge

#498294v1