

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Arthur G. Connolly, III
Partner
TEL (302) 888 6318
FAX (302) 658 0380
EMAIL ac3@cblhlaw.com
REPLY TO Wilmington Office

October 17, 2007

**Via CM/ECF**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Lock Box 27
Wilmington, Delaware 19801

Re: **TriStrata Technology, Inc. v. International Shield, Inc. and Abdel Attia, Civil Action No. 06-496 JJF**

Dear Judge Farnan:

This will confirm my telephone conversation this afternoon with Deborah Krett in which I informed her that Plaintiff and both Defendants have settled this matter. We will work with Defendants' counsel to file promptly a stipulation of dismissal with respect to both Defendants.

We are available should Your Honor have any questions or comments.

Respectfully,

Arthur G. Connolly, III

cc: Michael W. Modica, Esquire (by CM/ECF)
Michael O. Warnecke, Esquire (by email)
Brian T. Foley, Esquire (by email)