**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  06-496 (JJF) |
| | ) | |
| INTERNATIONAL SHIELD, INC. and | ) | |
| ABDEL ATTIA | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**


Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their respective undersigned counsel, hereby stipulate and agree that this action is dismissed with prejudice and without costs, with the exception that in the event of default, the non-defaulting party may bring suit (a) for relief under the parties' settlement agreement, and (b) for damages that would have been recoverable in the action that is dismissed pursuant to this Stipulation of Dismissal.  This Court shall retain jurisdiction for purposes of enforcing the parties' settlement agreement and the terms of this Stipulation of Dismissal.

October 19, 2007                                    Respectfully submitted,


 s/Arthur G. Connolly III                            s/Michael W. Modica
Arthur G. Connolly, III (#2667)                      Michael W. Modica
Connolly, Bove, Lodge & Hutz, LLP                    715 King Street, Suite 300
1007 N. Orange Street                                P.O. Box 437
P.O. Box 2207                                        Wilmington, DE 19899
Wilmington, DE 19899                                 (302) 425-3600
(302) 658-9141


Michael O. Warnecke                                  Attorney for Defendants
Perkins Coie LLP                                     International Shield, Inc. and Abdel Attia
131 South Dearborn St.
Suite 1700
Chicago, IL  60603


Brian T. Foley, Esq.
McGovern & Associates
14 E. 60th Street
Suite 606
New York, NY 10022


Attorneys for Plaintiff
TriStrata Technology, Inc.


#570976